**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-4281**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID TURNER,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, District Judge.  (1:25-cr-00352-ABA-1)

Submitted:  July 23, 2026                          Decided:  July 28, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

David Turner, Appellant Pro Se.  David Christian Bornstein, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Turner seeks to appeal the district court's order entered in his criminal case granting his motions for review of a detention order and for a de novo detention hearing and denying his motions to vacate the court's previous orders excluding time under the Speedy Trial Act and regarding access to discovery, to strike standby counsel, and to stay future competency evaluations.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291; *see United States v. Sueiro*, 946 F.3d 637, 639 (4th Cir. 2020), and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949); *see United States v. Castellon*, 92 F.4th 540, 543-44 (4th Cir. 2024).  The order Turner seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*